IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SEALED

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 10- 20038 KHV/JPO |
| STACY L. JACKSON, | ) ) ) |
| Defendant. | ) |

# INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about September 25, 2009, in the District of Kansas, the defendant,

**STACY L. JACKSON**,

knowingly and intentionally distributed a mixture and substance containing cocaine base (crack cocaine), a controlled substance.

This was in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT 2

On or about September 25, 2009, in the District of Kansas, the defendant,

**STACY L. JACKSON**,

knowingly and intentionally distributed a mixture and substance containing cocaine base (crack cocaine), a controlled substance.

This was in violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT 3**

On or about September 29, 2009, in the District of Kansas, the defendant,

**STACY L. JACKSON**,

knowingly and intentionally possessed with intent to distribute more than five grams of a mixture and substance containing cocaine base (crack cocaine), a controlled substance.

This was in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

A TRUE BILL.


Dated: March 24, 2010			s/ Foreperson

					FOREPERSON OF THE GRAND JURY


s/ Trent M. Krug #19454
LANNY D. WELCH
United States Attorney
District of Kansas
1200 Epic Center
Wichita, Kansas 67202
Tel. 316-269-6481
Fax 316-269-6484
Lanny.Welch@usdoj.gov
Ks. S. Ct. No. 13267


(It is requested that trial of the above captioned case be held in Kansas City, Kansas.)

**PENALTIES:**

Counts 1 and 2:

- NMT 20 years imprisonment;
- NMT $1,000,000.00 Fine;
- NLT 3 years supervised release;
- $100.00 special assessment.

In the event of a prior conviction for a felony drug offense:

- NMT 30 years imprisonment, NMT life imprisonment;
- NMT $2,000,000.00 fine,
- NLT 6 years supervised release;
- $100.00 special assessment.

Count 3:

- NLT Mandatory Minimum 5 years, NMT 40 years imprisonment;
- NMT $2,000,000.00 Fine,
- NMT 4 years supervised release;
- $100 special assessment.

In the event of a prior conviction for a felony drug offense:

- NLT Mandatory Minimum 10 years, NMT life imprisonment;
- NMT $4,000,000.00 Fine,
- NMT 8 years supervised release;
- $100 special assessment.